

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-31-2013

# E End Taxi Ser v. VI Taxi Assn

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1607

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"E End Taxi Ser v. VI Taxi Assn" (2013). *2013 Decisions.* Paper 1295.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1295

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT
_____

No. 12-1607
_____

EAST END TAXI SERVICES, INC.

v.

VIRGIN ISLANDS TAXI ASSOCIATION, INC,

Appellant.

_____

On Appeal from the District Court
of the Virgin Islands – Appellate Division
(Division of St. Thomas)
District Court No. 06-cv-000146
District Judge:  Honorable Stanley S. Brotman

_____

Submitted under Third Circuit LAR 34.1(a)
on December 6, 2012

Before:  SMITH, HARDIMAN and ROTH, Circuit Judges

(Opinion filed: January 31, 2013)

---

### O P I N I O N

---

**ROTH,** <u>Circuit Judge</u>:

Virgin Islands Taxi Association (VITA) appeals the Appellate Division of the District Court of the Virgin Islands' award of costs and attorney fees to East End Taxi Services (EETA). EETA had moved under Virgin Islands Rule of Appellate Procedure 30 for attorneys fees and costs associated with an earlier appeal to the Appellate Division. The Appellate Division granted the motion on January 30, 2012. Because the trial court has not yet resolved the underlying merits of VITA's request for injunctive relief against EETA, we conclude that this order is not a final one.. Thus, we cannot exercise appellate jurisdiction over this matter under 48 U.S.C. § 1613a9(c). *Catlin v. United States*, 324 U.S. 229, 233 (1994). We will dismiss the appeal.

.